# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

**PB&J Software LLC** )
)
)
        Plaintiff(s), )
) Case No. 4:12-cv-692
        vs. )
**Decho Corporate d/b/a Mozy** )
)
        Defendant(s). )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for __Decho Corporation__ hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   EMC Corporation

2. Subsidiaries not wholly owned by the corporation:
   None

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   EMC Corporation

/s Mary Ann L. Wymore
Signature (Counsel for Plaintiff/Defendant)
Print Name: Mary Ann L. Wymore
Address: 10 South Broadway, Suite 2000

City/State/Zip: St. Louis, MO 63102
Phone: (314) 241-9090

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 20 Day of July, 20 12.